# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **Dobson Homes, Inc.,** ) | **Case No. 23-60158-RBC** |
| ) | |
| Debtor.[1] ) | |

## NOTICE OF ABANDONMENT BY CHAPTER 7 TRUSTEE

Pursuant to Section 554(a) of the Bankruptcy Code and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure, Hannah W. Hutman, solely in her capacity as Chapter 7 Trustee, provides this notice of her intention to abandon the bankruptcy estate's interest (to the extent that such building permits constitute property of the Debtor's estate) in all building permits issued to the Debtor and authorizing residential construction projects (the "Property"). Any party in interest with an objection to such abandonment must file a written objection on or within 14 days of the mailing of this notice. Such written objections shall be filed on the Court's docket and served on the Debtor, counsel for the Debtor, the Office of the United States Trustee, and the Chapter 7 Trustee. If any objections are filed, the Court will schedule a hearing; however, failure to timely file such objection will result in the Property being abandoned without further order of the Court.

Respectfully submitted:  
Date: March 7, 2023

Hannah W. Hutman, Esq.  
Chapter 7 Trustee

/s/ Hannah W. Hutman  
Hannah W. Hutman  
Hoover Penrod  
342 S. Main Street  
Harrisonburg, Virginia 22801  
(540) 857-2806  
*Chapter 7 Trustee*

---

[1] The principal address of the Debtor as of the petition date was P.O. Box 7181, Charlottesville, Virginia 22906, and the last four digits of the Debtor's federal tax identification number are 3301.