# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re:  Dobson Homes, Inc.**<br>**Debtor(s)** | CASE NO.    23-60158<br><br>CHAPTER    7 |

### NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

The Chapter 7 Meeting of Creditors notice dated March 10, 2023 (docket entry # 34) was entered in error.

Service of this notice is being made upon the debtor(s), counsel for the debtor(s), the trustee, the U.S. Trustee's Office, and all creditors and other parties in interest.

**DATED: March 13, 2023**

                              **JAMES W. REYNOLDS**
                              **CLERK OF COURT**

By: _____/s/ Chase Ross_____
                **Deputy Clerk**