UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DOBSON HOMES, INC. | ) | Case No. **23-60158** |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S APPLICATION FOR APPOINTMENT OF ACCOUNTANT

Hannah W. Hutman, (the "Trustee"), trustee of the estate of the above-named debtor for her Application for Appointment of Accountant, states as follows:

1. The Debtor filed a voluntary petition under Chapter 7 in this Court February 8, 2023.

2. The Trustee requests the appointment of Barry Strickland & Company, CPAs as accountant for the Trustee to assist her in the performance of her duties as trustee, as follows:
    a. preparation of federal and state income tax returns for the estate; and
    b. advice regarding accounting and income tax matters of the estate.

3. The reasons for the Trustee's selection of the proposed professional to be employed are that the proposed professional:
    a. is a Certified Public Accountant;
    b. has experience in the preparation of income tax returns; and
    c. is knowledgeable about tax issues in bankruptcy cases.

4. The normal hourly billing rates for the proposed professional are:
    a. Certified Public Accountants: $325.00 to $340.00 per hour;
    b. Paraprofessionals: $95.00 to $135.00 per hour; plus
    c. reimbursement of all necessary expense at cost.

5. To the best of the Trustee's knowledge:
    a. the services to be provided are necessary and will benefit the estate by fixing the amount of federal and state income taxes owed by the estate, determining tax implications of the sale of assets, and by assisting the trustee in the identification of assets.
    b. all of the connections of the proposed professional with the debtor(s), creditors, any other parties in interest, their respective attorney and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are set forth as follows:  None.

6. The Trustee has advised the proposed professional of the potential limitations of compensation pursuant to 11 U.S.C § 328.

   7. A true copy of this Application was served on the U.S. Trustee, and if immediate employment is necessary, the U.S. Trustee has waived the 14-day notice by endorsement of the order of employment.

  WHEREFORE, Hannah W. Hutman, Trustee, respectfully requests that the Court approve the employment of and authorize the Trustee to employ the proposed, with compensation and expense to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow, and grant such other relief as may be just.

Date: April 4, 2023

        /s/ Hannah W. Hutman_____
        Hannah W. Hutman, Trustee
        342 South Main Street
        Harrisonburg, Virginia  22801
        (540) 433-2444

## DECLARATION OF PROFESSIONAL

1. I am an accountant licensed with the Commonwealth of Virginia and qualified to act in the manner set forth in paragraph (3) of the application to employ affixed hereto.

2. I do not hold any interest adverse to the estate of the Debtor(s) and am a disinterested person within the meaning of 11 U.S.C. 101(13). I have no connection with the Debtor(s), creditors, or other parties in interest or their respective attorneys and accountants except as set forth in this Application.

3. I have read the above application to employ me and agree to accept the employment on the terms and conditions contained therein.

   DECLARED under penalty of perjury this 16th day of March, 2023.

        Barry Strickland, CPA
        Barry Strickland & Company
        9410 Atlee Commerce Drive, Suite 1
        Ashland, Virginia 23005
        Tel: (804) 550-8500


        By: /s/   Barry Strickland_____

        Title: \_President_____

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2023, a true and complete copy of the foregoing Trustee's Application for Appointment of Accountant was served upon the Office of the United States Trustee via CM/ECF.

                                      /s/ Hannah W. Hutman_____
                                      Hannah W. Hutman, Trustee

3