

**SIGNED THIS 24th day of April, 2023**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## Lynchburg Division

| | |
|---|---|
| In re: | )<br>) Case No. 23-60158-RBC<br>) |
| DOBSON HOMES, INC., | ) Chapter 7<br>) |
| Debtor.[1] | )<br>) |

## ORDER OF EMPLOYMENT

This Court has considered the foregoing application to employ Hirschler Fleischer ("**Hirschler**") as counsel to the Chapter 7 Trustee and the verified statement of Brittany B. Falabella in support thereof. It appears that Hirschler is disinterested; that all connections required to be disclosed, if any, have been disclosed; that no objection to said application has been sustained; and that the employment of Hirschler is in the best interest of this estate. Therefore it is

**ORDERED**, that the employment of Hirschler is hereby authorized under the terms and conditions set forth in said Application, with compensation and expenses to be paid in such amounts as may be allowed by this court upon proper application or applications submitted. If the assets of the state are insufficient to pay administrative costs, including fees to professionals appointed by court order, interim payments on said fees may not be allowed if it cannot be shown that there is a reasonably likelihood that the estate will in the future generate sufficient cash to pay all administrative expenses in full; and

Copies of this Order shall be served upon the Debtor, Counsel for the Debtor, and the United States Trustee.

---

[1] The principal address of the Debtor as of the petition date was P.O. Box 7181, Charlottesville, Virginia 22906, and the last four digits of the Debtor's federal tax identification number are 3301.

*\*\*End of Order\*\**

I ask for this:

  __/s/ Hannah W. Hutman_____
Hannah W. Hutman, Trustee
Hoover Penrod
342 S. Main Street
Harrisonburg, VA 22801
Phone: 540-433-2444
Email: hhutman@hooverpenrod.com


Seen and no objection:

/s/W. Joel Charboneau_____
W. Joel Charboneau (VSB No. 68025)
OFFICE OF THE UNITED STATES TRUSTEE
210 First Street, Suite 505
Roanoke, Virginia 24011
Phone:          540.798.8323
Facsimile:      540.857.2844
Email:          Joel.Charboneau@usdoj.gov

*Office of the United States Trustee*