**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

In re:         DOBSON HOMES, INC.

        Debtor,

                                                                                    Case No.: 23-60158-RBC
                                                                                     Chapter 7

CNH INDUSTRIAL CAPITAL AMERICA LLC

        Movant,

v.

DOBSON HOMES, INC.

        Respondent,

and

HANNAH W. HUTMAN, ESQUIRE

        Respondent.

**MOTION TO APPROVE AGREEMENT**
**ON  RELIEF FROM THE AUTOMATIC STAY**

      NOW COMES CNH Industrial Capital America LLC  ("CNH"), by counsel, and moves the Court for relief from the automatic stay pursuant to 11 U.S.C. Section 362, by reason of the following:

Carl A. Eason, Esquire
Counsel for CNH
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
bankruptcy@wolriv.com
(757) 497-6633
VSB# 18636

1. The Debtor filed for relief pursuant to Chapter 7 on February 8, 2023.

2. Hannah W. Hutman was appointed Chapter 7 Trustee.

3. On or about August 31, 2020, CNH and the Debtor entered into a Lease Agreement ("Lease") for the following equipment:

   2020 Case Compact Track Loader, Model TR340B, Serial No.: JAFTR340HKM478193
   2020 Case Compact Excavator, Model CX57C, Serial No.: TK0000835.

4. A copy of the Lease Agreement and UCC Financing Statement is attached as Exhibit "A" and "B".

5. The Debtor has indicated a desire to surrender the Equipment involved herein to CNH.

WHEREFORE, CNH moves the Court for relief from the automatic stay pursuant to 11 U.S.C., Section 362.

CNH INDUSTRIAL CAPITAL AMERICA LLC

By:    /s/ Carl A. Eason
        Of Counsel

CERTIFICATION OF SERVICE

I hereby certify that on the 4th day of May, 2023, a true copy of the foregoing Motion for Relief from the Automatic Stay was mailed or electronically transmitted to Michael E. Hastings, Esquire, 10 South Jefferson Street, Suite 1800, Roanoke, VA, 24011, counsel for Debtor, to Hannah W. Hutman, Esquire, Hoover Penrod, 342 S. Main Street, Harrisonburg, VA, 22801, and to Dobson Homes at P.O. Box 7181, Charlottesville, VA, 22906.

   /s/ Carl A. Eason