From:  Roy and Mary Whitley
      1775 Frays Ridge Crossing
      Earlysville, VA  22936

TO:  United States Bankruptcy Court
      For the Western District of Virginia
      Attn:  Bankruptcy Clerk Lynchburg Division
      1101 Court Street
      Rm 166
      Lynchburg, VA  24504



June 5, 2023

Dear Sir or Madam:

We are writing in regard to the following bankruptcy case:

- Case #23-60158
- Debtor:  Dobson Homes, Inc

We are listed as a creditor in this case.  However, our mailing address is incorrect.  The old and new addresses are as follows:

- Old mailing address/incorrect mailing address:
  PO Box 488
  Corolla, NC  27927

- New mailing address/correct mailing address:
  1775 Frays Ridge Crossing
  Earlysville, VA  22936

Best Regards,

Mary Whitley

Roy Whitley