UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

| | | | |
|---|---|---|---|
| In re: **Dobson Homes, Inc.** | ) | Chapter | **7** |
| | ) | Case No. | **23-60158** |
| Debtor(s) | ) | | |

### NOTICE OF INQUIRY

On June 8, 2023 Paul Feinman filed a petition/pleading in the above case. See docket entry #65. The petition/pleading is deficient as set forth below.

- ☐ Form   required but not filed.
- ☐ Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*
- ☐ PDF not flattened. *See Attorney Guidelines on Court's website.*
- ☐ Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*
- ☐ NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*
- ☐ Certificate of Credit Counseling docketed with petition. Must be docketed separately
- ☐ Certification of Compliance with 11 USC § 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.
- ☑ <u>Incorrect</u>/Incomplete case number, case name, <u>chapter on pleading</u>, date on pleading, or incorrect hearing time.
- ☐ Exhibits referenced in pleading but not attached/filed.
- ☐ Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.
- ☐ Docket entry #  incomplete/unreadable or PDF image uploaded incorrectly.
- ☐ Docket entry #  not properly related.
- ☐ Objection to Claims filed. Objection appears not to comply with FRBP 3007(c).
- ☐ No Certification Regarding Balance of Schedules filed. See Local Rule 1007-1.
- ☐ No Certification Regarding Amended Schedules or Statements filed. See Local Rule 1009-1.
- ☐ Pleading does not match docket text.
- ☐ Document/pleading not signed.
- ☐ Other:  .

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:     June 9, 2023

James W. Reynolds, Clerk
U.S. Bankruptcy Court

By: /s/            Chase Ross
           Deputy Clerk

1

*Inquiry 110618*