United States Bankruptcy Court

James W. Reynolds, Clerk of Court

1101 Court Street

Room 166

Lynchburg, VA 24504



FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

AUG - 3 2023

By _____
            DEPUTY CLERK

July 31, 2023

Dear Mr. Reynolds,

As creditors in the matter of two bankruptcy filings regarding Dobson Homes and Tommy and
Anne Christine Dobson, we wanted to provide you with our new address. As of July 31, 2023,
our revised mailing address reflects our new home. We would ask that our mailing address be
updated so that we can receive any information/updates on these filings.

The new/correct mailing address is:   6310 Indian Ridge Drive

Earlysville, VA 22936


Our previous mailing address was:   4000 City Walk Way

Apt. 408

Charlottesville, VA 22902

The case numbers are:

| | | |
|---|---|---|
| 23-60158 | Dobson Homes | Chapter 7 filing |
| 23-60148 | Tommy Dobson and Anne Christine Dobson | Chapter 11 filing |


Thank you for your help in this matter.

Thomas E. Rollo

Elizabeth J. Rollo