Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:      804.771.9500
Facsimile:      804.644.0957
E-mail:         rwestermann@hirschlerlaw.com
                bfalabella@hirschlerlaw.com

*Counsel for Hannah W. Hutman,
Chapter 7 Trustee for the Bankruptcy
Estate of Dobson Homes, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-60158-RBC |
| DOBSON HOMES, INC., ) | Chapter 7 |
| Debtor.¹ ) | |

**NOTICE OF HEARING AND NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR
(I) AUTHORITY TO ACCEPT A SETTLEMENT PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 9019(A); (II) FINAL ALLOWANCE
AND AUTHORIZATION OF PAYMENT OF COMPENSATION
TO TRUSTEE'S COUNSEL; AND (III) RELATED RELIEF**

**PLEASE TAKE NOTICE** that on October 23, 2023, Hannah W. Hutman, in her capacity as the Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Dobson Homes, Inc. (the "**Debtor**"), by her undersigned counsel, filed with the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division (the "**Bankruptcy Court**"), the *Motion of Chapter 7 Trustee for (I) Authority to Accept Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019(a); (II) Final Allowance and Authorization of Payment of Compensation to Trustee's Counsel; and (III) Related Relief* (the "**Motion**").

Through the Motion, the Trustee requests entry of an order (a) authorizing the Trustee pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") to accept a settlement (the "**Settlement**") with Atlantic Union Bank ("**AUB**") as memorialized in the Settlement Agreement attached to the Motion as Exhibit A; (b) granting interim and final allowance and authorization of payment of compensation from the proceeds of the Settlement in the amount of $3,240.93, to Hirschler Fleischer, P.C. ("**Hirschler**"), the Trustee's counsel, pursuant to the terms of this Court's *Order Granting Application for Appointment of Attorney or Professional* [ECF No. 56]

(the "**Employment Order**") and Sections 327 and 330 of the Bankruptcy Code, for fees incurred in connection with the Settlement; and (c) granting related relief.

The Settlement provides that (a) AUB shall pay the Trustee the collective total sum of **$13,107.80**, (b) the Trustee shall waive any and all claims that she or her heirs, successors, and assigns may have against AUB, their officers, employees, and agents; and (c) the Trustee and AUB will grant each other, and their respective agents, successors, and assigns, full releases of all claims, including any claim under Section 502(h) of the Bankruptcy Code, as set forth in the Settlement Agreement. The Settlement constitutes return of 100% of the post-petition transfer received by AUB in the amount of $3,848.00 and 80% ($9,259.80) of the total amount transferred to AUB in the 90-day period prior to the bankruptcy filing (the "**Negotiated Amount**").

The Motion also seeks interim and final approval of compensation for the Trustee's counsel, Hirschler, in the amount of **$3,240.93**, which constitutes 35% of the Negotiated Amount per the terms of the Employment Order.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE** that the Motion is immediately available through PACER on the Court's website or from counsel for the Trustee, using the contact information provided herein.

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

1. File with the Court at the address shown below a written response(s) to the Motion. You must mail or otherwise file your response(s) early enough so the Court will **receive** it **on or before November 22, 2023**:

    Clerk of the Court
    United States Bankruptcy Court
    1101 Court St., Room 166
    Lynchburg, Virginia 24504

2. Serve your written response(s) on counsel for the Trustee at the address shown below. You must serve the written response(s) early enough so that such counsel will **receive** it **on or before November 22, 2023**:

    Robert S. Westermann, Esq.
    Brittany B. Falabella, Esq.
    HIRSCHLER FLEISCHER, P.C.
    Post Office Box 500
    Richmond, Virginia 23218-0500

3. Attend the hearing on the Motion and Fee Application to be held on **November 29, 2023 at 10:00 A.M.** before the Honorable Rebecca B. Connelly, via ZOOM, using the link below:

    https://vawb-uscourts-gov.zoomgov.com/j/1603692643

2

If you do not timely file and serve a written objection to the relief requested in the Motion, the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion and cancelling the hearing without further notice.

Dated: October 23, 2023  /s/ *Brittany B.Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9500
Facsimile:  804.644.0957
E-mail:  rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com

*Counsel for Hannah W. Hutman,*
*Chapter 7 Trustee for the Bankruptcy*
*Estate of Dobson Homes, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing to all counsel of record registered with the CM/ECF system. I further certify that on October 23, 2023, I sent a true and correct copy of the foregoing Notice via first class mail, postage pre-paid, to the parties listed on the creditor matrix in **Schedule A** attached hereto.

/s/ *Brittany B. Falabella*
*Counsel for Hannah W. Hutman,*
*Chapter 7 Trustee for the Bankruptcy*
*Estate of Dobson Homes, Inc.*

**Schedule A**

**Service List**

## SERVICE LIST

| | | |
|---|---|---|
| Atlantic Union Bank<br>1051 E. Cary St.<br>Suite 1200<br>Richmond, VA 23219 | CHO Investments LLC<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>P.O. Box 1080<br>Lynchburg, VA 24505 | Commonwealth Building Materials, Inc.<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>P.O. Box 1080<br>Lynchburg, VA 24505 |
| Dobson Homes, Inc.<br>P.O. Box 7181<br>Charlottesville, VA 22906 | Ernest Maier, Inc.<br>c/o Neal L. Walters Esq.<br>P.O. Box 2737<br>Charlottesville, VA 22902 | Ferguson Enterprises, Inc.<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>P.O. Box 1080<br>Lynchburg, VA 24505 |
| O'Toole Distribution Inc.<br>d/b/a Pella V<br>2207 Station Road<br>Richmond, VA 23224 | U.S. Bankruptcy Court<br>Lynchburg Division<br>1101 Court St.<br>Room 166<br>Lynchburg, VA 24504 | 84 Lumber<br>1019 Route 519<br>P.O. Box 365<br>Eighty Four, PA 15330 |
| A & D Farm<br>9315 Ridge Rd.<br>Arvonia, VA 23004 | A.C. Fox Paving<br>1605 Hunters Lodge Rd.<br>Troy, VA 22974 | A.G. Dillard, Inc.<br>P.O. Box 7427<br>Charlottesville, VA 22906 |
| AT&T<br>P.O. Box 6463<br>Carol Stream, IL 60197 | Advanced Concrete Foundations<br>3798 Three Notch Rd.<br>Louisa, VA 23093 | Affordable Lawns & Landscapes<br>910 Thessalonia Rd.<br>Louisa, VA 23093 |
| Airflow Systems, Inc.<br>1134 Rose Hill Drive<br>Charlottesville, VAA 22903 | Al's Concrete Pumping<br>9457 Cross County Rd.<br>Mineral, VA 23117 | Albemarle County Treasurer<br>401 McIntire Road<br>Charlottesville, VA 22902 |
| Allied Concrete Company<br>1000 Harris St.<br>P.O. Box 1647<br>Charlottesville, VA 22902 | Allied Portable Toilets<br>1207 Crozet Ave.<br>P.O. Box 939<br>Crozet, VA 22932 | American Express Company<br>200 Vesey Street<br>New York, NY 10285 |
| American Express National Bnk<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Annie Hyder<br>3679 Red Fox Lane<br>Keswick, VA 22947 | Annie Williams Hyder<br>P.O. Box 640<br>Bokeelia, FL 33922 |
| Anthem Health<br>P.O. Box 11792<br>Newark, NJ 07101 | Arcane Technologies, Inc.<br>918 Monticello Road<br>Charlottesville, VA 22902 | Aric & Lara Holsinger<br>108 Bethany Lane<br>Crozet, VA 22932 |

6

| | | |
|---|---|---|
| Atlantic Union Bank<br>P.O. Box 176<br>Blacksburg, VA 24063 | Automated Air Systems, Inc.<br>1723 Rhoadmiller St.<br>Richmond, VA 23220 | BB&T<br>214 N. Tryon St.<br>Charlotte, NC 28202 |
| Belew's Hauling & Excavating<br>1891 Payne Mill Rd.<br>Troy, VA 22974 | Better Living, Inc.<br>136 Better Living Drive<br>P.O. Box 7627<br>Troy, VA 22974 | Blue Ridge Soil Consulting<br>709 Moore Road<br>P.O. Box 418<br>Ruckersville, VA 22968 |
| Bradley & Marcy Daniel<br>MichieHamlett<br>310 4th Street NE<br>2nd Floor<br>P.O. Box 298<br>Charlottesville, VA 22902 | Brother2s Construction LLC<br>3703 Lancaster Ring Rd.<br>Fredericksburg, VA 22408 | Browns HVAC LLC<br>2138 Martin Kings Road<br>Scottsville, VA 24590 |
| C&D Doors<br>18278 Verling Dr.<br>Gordonsville, VA 22942 | Caterpillar Financial Services Corporation<br>2120 West End Ave.<br>Nashville, TN 37203 | CCs Small Engine Repair<br>5491 S. Spotswood Trail<br>Gordonsville, VA 22942 |
| CGM-Classic Granite & Marble<br>1355 Anderson Hwy<br>Powhatan, VA 23139 | CNH Industrial Capital<br>P.O. Box 71264<br>Philadelphia, PA 19176 | CNH Industrial Capt. America<br>c/o Carl A. Eason, Esq.<br>Wolcott Rivers Gates<br>200 Bendix Rd., Ste. 300<br>Virginia Beach, VA 23452 |
| Capital One<br>P.O. Box 71087<br>Charlotte, NC 28272 | Cardinal Home Center<br>322 Washington Street<br>Madison, VA 22727 | Carter Machinery Company<br>P.O. Box 751053<br>Charlotte, NC 28275 |
| Caterpillar Fin. Servs. Corp.<br>Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209 | Caterpillar Financial Svcs<br>c/o Brandy M. Rapp, Esq.<br>10 S. Jefferson St., Ste. 110<br>Roanoke, VA 24011 | Caterpillar Financial Svcs. Corp.<br>100 Shockoe Slip<br>Fl. 2<br>Richmond, VA 23219 |
| Cellco Partnership d/b/a<br>Verizon Wireless<br>William M. Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147 | Central VA Electric Coop.<br>402 Court St., 2nd Fl.<br>P.O. Box 247<br>Lovingston, VA 22949 | JPMorgan Chase Bank<br>Bankruptcy Mail Intake<br>700 Kansas Lane<br>Floor 01<br>Monroe, LA 71203 |
| Chris Neese Hauling & Excavating<br>1135 Tanbark Dr.<br>Afton, VA 22920 | Chris & Helen Karls<br>3154 Keswick Ln.<br>Keswick, VA 22947 | Christine Dobson<br>91 Beaver Dam Ct.<br>Keswick, VA 22947 |
| Clemente Roofing<br>84 Jessica Street<br>Crimora, VA 24431 | Commonwealth Building Materials<br>P.O. Box 935993<br>Atlanta, GA 31193 | Commonwealth of VA<br>c/o Kathryn Hegedus<br>P.O. Box 2663<br>Richmond, VA 23261 |
| Creations Unlimited, Inc.<br>310 Horseshoe Cir.<br>P.O. Box 704 | Credence Resources Management<br>Attn: Bankruptcy | Credit Control Corporation<br>Attn: Credit Control Corp.<br>11821 Rock Landing Dr. |

7

| | | |
|---|---|---|
| Stuarts Draft, VA 24477 | 4222 Trinity Mills Rd.<br>Suite 260<br>Dallas, TX 75287 | Newport News, VA 23606 |
| Crutchfield<br>825 Gardens Blvd.<br>Charlottesville, VA 22901 | DD&T Custom Woodworking<br>792 S. Villier Court<br>Virginia Beach, VA 23452 | DKP Construction LLC<br>13459 Lock Loop<br>Woodbridge, VA 22192 |
| Davenport & Valley Insulation<br>P.O. Box 534451<br>Atlanta, GA 30353 | David Roberts & David Spencer<br>409 Fennel Rd.<br>Crozet, VA 22932 | David W. Thomas<br>MichieHamlett<br>310 4th Street NE<br>2nd Floor<br>Charlottesville, VA 22902 |
| Davis Appliances LLC<br>1202 E. High Street<br>Charlottesville, VA 22902 | Davis Pest Management<br>12331 Spotswood Trail<br>Ruckersville, VA 22968 | Derrick Kerns<br>635 Ragged Mountain Dr.<br>Charlottesville, VA 22903 |
| Dominion Energy<br>3546 Stoney Point Rd.<br>Charlottesville, VA 22911 | Eco Marble & Granite Inc.<br>c/o Solodar & Solodar Attys<br>4825 Radford Ave.<br>Suite 201<br>Richmond, VA 23230 | Eco Marble & Granite, Inc.<br>4297 Carolina Ave.<br>Richmond, VA 23222 |
| Erie Insurance Exchange<br>100 Erie Insurance Place<br>Erie, PA 16530 | Ernest Maier Inc.<br>c/o Neal L. Walters<br>P.O. Box 2737<br>Charlottesville, VA 22902 | Farrish Plumbing<br>3796Glenmore Rd.<br>Scottsville, VA 24590 |
| Ferguson Enterprises<br>12500 Jefferson Ave.<br>Newport News, VA 23602 | Ferguson Enterprises<br>P.O. Box 417592<br>Boston, MA 02241 | Fireside Hearth & Home<br>6671 Santa Barbara Rd.<br>Suite J<br>P.O. Box 414845<br>Elkridge, MD 21075 |
| First Class Painting<br>1631 Crenshaw Court<br>Charlottesville, VA 22901 | Flameless Specialties, Inc.<br>512 Brookway Drive<br>Charlottesville, VA 22901 | Floor Craft Designs<br>Mark Heatwole<br>4752 Deep Creek Road<br>Kents Store, VA 23084 |
| Foster Well & Pump Co.<br>413 Reas Ford Rd.<br>P.O. Box 260<br>Earlysville, VA 22936 | Founders Flooring<br>d/b/a Town Flooring<br>3285 Berkmar Drive<br>Charlottesville, VA 22901 | Frank & Debbie Hollowell<br>560 Drumin Rd.<br>Keswick, VA 22947 |
| Gardner Lloyd<br>2224 Waterside Way<br>Keswick, VA 22947 | Gene T Gibson Inc.<br>3052 Berkmar Drive<br>Suite A<br>Charlottesville, VA 22901 | Geoffrey J Elsie & Kristi L Elsie<br>415 4th St. NE<br>Charlottesville, VA 22902 |
| Gingerich Outdoor Power Specialist<br>925 Harris St.<br>Charlottesville, VA 22903 | Glen and Nancy Littlefield<br>1936 Piper Way<br>Keswick, VA 22947 | Google<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, C 95833 |

| | | |
|---|---|---|
| Grabber<br>14801 Willard Rd.<br>Suite 700<br>Chantilly, VA 20151 | Green For Life Environmental<br>26999 Central Park Blvd.<br>Suite 200<br>Southfield, MI 48076 | H & P Services<br>924 Henry Ave.<br>Charlottesville, VA 22903 |
| H&P Painting Services, LLC<br>924 Henry Ave.<br>Charlottesville, VA 22903 | Hoffman & Associates<br>890 Rio East Court<br>Suite C<br>Charlottesville, VA 22901 | Homestead Building Systems<br>10109 Piper Lane<br>Bristow, VA 20136 |
| HydroGeo Environmental<br>3042 Berkmar Dr., Ste. B<br>Charlottesville, VA 22901 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | JNR Adjustment Co., Inc.<br>4701 Cox Rd., Ste. 285<br>Glen Allen, VA 23060 |
| Jamersons Pumbing<br>821 Self Road<br>Scottsville, VA 24590 | Jason Williams<br>4104 Ruritan Lake Rd.<br>Palmyra, VA 22963 | Jayson & Elissa Rieger<br>610 Ragged Mountain Dr.<br>Charlottesville, VA 22903 |
| Jerry Sikman Flooring<br>1575 Overlook Drive<br>Charlottesville, VA 22903 | Jessica Primm Landscape Architecture<br>110 Mone Vista Ave.<br>P.O. Box 1422<br>Charlottesville, VA 22902 | Joe & Kara Calkins<br>950 Turners Landing Rd.<br>Lanexa, VA 23089 |
| John Hart<br>2039 Limestone Crossing<br>Keswick, VA 22947 | John & Lina McMurry<br>2350 N. Spring Ct.<br>Lafayette, CO 80026 | John & Linda Alexander<br>3710 Indian Ridge Dr.<br>Earlysville, VA 22936 |
| John & Pamela Freedman<br>MichieHamlett<br>310 4th Street NW, 2nd FL<br>P.O. Box 298<br>Charlottesville, VA 22902 | Jonathan & Linda Alexander<br>c/o Stephan W. Milo<br>Wharton Aldhizer & Weaver<br>125 S. Augusta St., Ste 2000<br>Staunton, VA 24401 | Joseph W. Wright, III<br>415 4th St. NE<br>Charlottesville, VA 22902 |
| Juanita Haydel<br>3405 Valewood Dr.<br>Oakton, VA 22124 | Kelly & Sasha Tripp<br>2600 Bennington Rd.<br>Charlottesville, VA 22901 | Kirk Hughes & Associates<br>220 East High Street<br>Charlottesville, VA 22902 |
| LC Marshall & Sons Landscaping<br>3222 Garland Lane<br>Charlottesville, VA 22902 | Landscape Supply<br>P.O. Box 12706<br>Roanoke, VA 24027 | Lawerence Equipment<br>872 Lee Hwy<br>P.O. Box 335<br>Cloverdale, VA 24077 |
| Lawrence C. Topping<br>2536 Brandermill Place<br>Charlottesville, VA 22911 | Les S. Bowers<br>310 Fourth Street NE<br>Charlottesville, VA 22902 | LocalStorage Fluvanna<br>21 Burns pLaza<br>Palmyra, VA 22963 |
| Louis R. Morris<br>1509 Kinross Lane<br>Keswick, VA 22947 | Lowe's<br>165 Camp Creek Parkway<br>Gordonsville, VA 22942 | Luck Ecosystems<br>P.O. Box 22696<br>New York, NY 10087 |

9

| | | |
|---|---|---|
| Luck Stone<br>P.O. Box 22696<br>New York, NY 10087 | Louisa County Treasurer's Office<br>1 Woolfolk Ave.<br>Louisa, VA 23093 | M.T. Stone & Stucco LLC<br>100 Dorset Court<br>Charlottesville, VA 22911 |
| Maua, Inc.<br>181 Whitney Lane<br>Bumpass, VA 23024 | Marco Metals, LLC<br>4773 South Valley Pike<br>Harrisonburg, VA 22801 | Mark & Nina Jacobs<br>3465 Carroll Creek Rd.<br>Keswick, VA 22947 |
| Mary & Roy Whitley<br>1775 Frays Ridge Crossing<br>Earlysville, VA 22936 | Mayank & Sejal Gala<br>131 Hancock Dr.<br>Ruckersville, VA 22968 | McCallum & Kudravetz, P.C.<br>205 E. High St.<br>Charlottesville, VA 22902 |
| Michael & Karen Littlefield<br>1951 Lewis Mountain Rd.<br>Charlottesville, VA 22903 | Michael P. and Nina V. Murray<br>1619 Old Trail Drive<br>Crozet, VA 22932 | Michael & Nina Murray<br>c/o Stephan W. Milo<br>Wharton Aldhizer & Weaver PLC<br>125 S. Augusta St.<br>Suite 2000<br>Staunton, VA 24401 |
| Mike & Lori Green<br>2261 Piper Way<br>Keswick, VA 22947 | Morris Tile<br>2280 Dabney Rd.<br>P.O. Box 6446<br>Richmond, VA 23230 | Nancy Mumm, Trustee<br>c/o Neal L Walters, Esq.<br>P.O. Box 2737<br>Charlottesville, VA 22902 |
| Northland Forest Products<br>220 Zion Park Rd.<br>Troy, VA 22974 | O'Toole Distribution<br>2207 Station Road<br>Richmond, VA 23224 | O'Toole Distribution<br>Sands Anderson<br>c/o Klementina V. Pavlova<br>P.O. Box 1998<br>Richmond, VA 23218 |
| O'reilly Auto Parts<br>1242 Richmond Rd.<br>Charlottesville, VA 22911 | Pedro Matias<br>2480 Ponderosa Trail<br>Charlottesville, VA 22903 | Pella Windows & Doors<br>2207 Station Road North<br>Richmond, VA 23234 |
| Peter & Theresa Reines<br>3510 Wedgewood Ct.<br>Keswick, VA 22947 | Plum Tree Branch, LLC<br>2039 Limestone Crossing<br>Keswick, VA 22947 | Plumb Line Foundations & Excavating<br>91 Beaver Dam Ct.<br>Keswick, VA 22947 |
| Precision Gas Piping, LLC<br>68 Branchland Court<br>Ruckersville, VA 22968 | Quarles Petroleum Inc.<br>P.O. Box 745736<br>Atlanta, GA 30374 | R C Contractor LLC<br>227 Shamrock Dr.<br>Charlottesville, VA 22903 |
| RC Contractor LLC<br>David W. Thomas<br>MichieHamlett<br>310 4th Street, NE<br>2nd Floor<br>Charlottesville, VA 22902 | RMC Design, LLC<br>4996 Fairwinds Ct.<br>Crozet, VA 22932 | Rexel, Inc.<br>1197A 5th Street SW<br>Charlottesville, VA 22902 |

| | | |
|---|---|---|
| Ricoh USA, Inc.<br>P.O. Box 827577<br>Philadelphia, PA 19182 | Ruben Gatica Larrea/GCL LLC<br>360 Minor Ridge Road<br>Charlottesville, VA 22901 | Salmon Masonry<br>14640 Jefferson Hwy<br>Bumpass, VA 23024 |
| Sands Anderson, PC<br>1111 E. Main Street<br>Richmond, VA 23219 | Scott & Kimberly Bolin<br>152 Muirfield Dr.<br>Ponte Vedra Beach, FL 32082 | Skyline Brick<br>4700 Annapolis Rd.<br>Bladensburg, MD 20710 |
| Staples<br>243 Ridge Mcintire Rd.<br>Charlottesville, VA 22903 | Staunton Tractor<br>1029 Richmond Ave.<br>Staunton, VA 24401 | Steve & Barbara Ryan<br>8 Fleetwood Dr.<br>Palmyra, VA 22963 |
| Story House Real Estate<br>c/o Stacey McDonough<br>106 W. South Street<br>2nd Floor<br>Charlottesville, VA 22903 | Sunbelt Rentals<br>P.O, Box 409211<br>Atlanta, GA 30384 | Sylvia Bailey<br>4303 Ragged View Ct.<br>Charlottesville, VA 22903 |
| T & A Drywall<br>2495 Ponderosa Trail<br>Charlottesville, VA 22903 | T&N Printing<br>205 12th Street NE<br>Charlottesville, VA 22902 | T Mobile Store<br>P.O. Box 742596<br>Cincinnati, OH 45274 |
| TC2 Design, Inc.<br>261 Oak Park Road<br>Suite 201<br>Madison, VA 22727 | Terry Lynn<br>4106 Earlysville Rd.<br>Earlysville, VA 22936 | Terry Lynn<br>P.O. Box 374<br>Earlysville, VA 22936 |
| The Harriston Group LLC<br>147 Clinton St.<br>P.O. Box 1084<br>Harrisonburg, VA 22803<br>The Sherwin Williams Co.<br>c/o Solodar & Solodar<br>4825 Radford Ave.<br>Suite 201<br>Richmond, VA 23230 | The Luchair Company<br>261 Thornrose Ave.<br>Staunton, VA 24401<br><br>Thomas & Elizabeth Rollo<br>6310 Indian Ridge Drive<br>Earlysville, VA 22936 | The Sherwin Williams Co.<br>341 Towncenter Lane<br>Suite 100<br>Charlottesville, VA 22911<br><br>Thomas S. Marsh<br>76 Windy Acres Loop<br>Afton, VA 22920 |
| Thomas & Sally Daly<br>c/o Andrew S. Goldstein<br>P.O. Box 404<br>Roanoke, VA 24003<br><br>Tommy D. Dobson<br>91 Beaver Dam Ct.<br>Keswick, VA 22947 | Tiger Fuel Company<br>200 Carlton Rd.<br>P.O. Box 1607<br>Charlottesville, VA 22902<br>Tommy & Anne Dobson<br>c/o David Cox<br>Cox Law Group, PLLC<br>900 Lakeside Drive<br>Lynchburg, VA 24501 | Tom & Sally Daly<br>4 Dolphin Rd.<br>New City, NY 10956<br><br>U.S. Trustee<br>Office of the U.S. Trustee<br>210 First Street<br>Suite 505<br>Roanoke, VA 24011 |

| | | |
|---|---|---|
| VA Dept. of Taxation<br>Attn: Bankruptcy<br>P.O. Box 2156<br>Richmond, VA 23218 | Van Der Linde Crance Svcs<br>3073 Craigs Store Road<br>Afton, VA 22920 | Van der Linde Recycling<br>73 Hunters Branch Rd.<br>Troy, VA 22974 |
| Verizon Wireless<br>P.O. Box 489<br>Newark, NJ 07101 | Virginia Asphalt Services<br>499 Burchs Creek Rd.<br>Corzet, VA 22932 | Virginia Contractors Supply<br>9106 Owens Drive<br>Manassas, VA 20111 |
| White Cap, LP<br>P.O. Box 4852<br>Orlando, FL 32802 | Wilson Ready Mix<br>2565 John Wayland Hwy<br>P.O. Box 1347<br>Harrisonburg, VA 22803 | Witmer's Boom Pumping<br>188 Coffman Road<br>Weyers Cave, VA 24486 |
| Witmer's Concrete Pumping<br>188 Coffman Road<br>Weyers Cave, VA 24486 | Anne Christine Dobson<br>91 Beaver Dam Court<br>Keswick, VA 22947 | Barry Strickland<br>9410 Atlee Commerce Dr.<br>Suite 1<br>Ashland, VA 23005 |
| Hannah W. Hutman<br>Hoover Penrod<br>342 S. Main Street<br>Harrisonburg, VA 22801 | Michael E. Hastings<br>Woods Rogers Vandeventer<br>Black<br>10 S. Jefferson Street<br>Suite 1800<br>Roanoke, VA 24011 | Terry Lynn<br>The Law Offices of Terry<br>Lynn PLLC<br>695 Bent Oaks Drive<br>P.O. Box 374<br>Earlysville, VA 22936 |
| Tommy Dewayne Dobson<br>91 Beaver Dam Court<br>Keswick, VA 22947 | | |