

**SIGNED THIS 28th day of November, 2023**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| In re: | Case No. 23-60158-RBC |
| DOBSON HOMES, INC., | Chapter 7 |
| Debtor.[1] | |

## ORDER GRANTING FINAL ALLOWANCE AND AUTHORIZATION
## OF PAYMENT OF COMPENSATION TO TRUSTEE'S COUNSEL

In consideration of the *Motion of Chapter 7 Trustee for (I) Authority to Accept a Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019(a); (II) Final Allowance and Authorization of Payment of Compensation to Trustee's Counsel; and (III) Related Relief* (the "**Motion**")[1] [Docket No. 71] seeking, *inter alia*, interim allowance and authorization of payment of compensation from the Settlement Proceeds to the Trustee's special counsel, Hirschler

---

[1] All capitalized terms not defined herein shall be given their respective meanings as ascribed to them in the Motion.

Fleischer, P.C. ("**Hirschler**") in the total amount of **$3,240.93** (there were no costs incurred in reaching the Settlement Agreement). Based on the representations of the Trustee made in the Motion and on the Court's judicial notice of matters contained in the record of this Case, the Court finds and concludes that (i) proper notice of the Application has been provided to all necessary parties and no further notice is required; (ii) no objections to the Application have been filed, or if filed, have been resolved, overruled, and/or withdrawn; (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable and appropriate under the circumstances; (iv) good and sufficient cause exist to grant the Application; and (v) the Application having satisfied the requirements of sections 330 and 331 of the Bankruptcy Code.

Based on the foregoing findings of fact and conclusions of law, and for good and sufficient cause shown; **IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT:**

1. The Motion is **GRANTED** pursuant to the terms of this Order.

2. Compensation to Hirschler in the amount of **$3,240.93** for fees incurred in connection with the Settlement is allowed in its entirety on an interim and final basis.

3. The Trustee is authorized to pay to Hirschler from the proceeds associated with the Settlement the amount of **$3,240.93** for fees incurred in connection with the Settlement.

4. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order and the Settlements and/or Settlement Agreements.

*\*\*End of Order\*\**

**I ASK FOR THIS:**

  /s/ *Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:    rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com

*Counsel for Hannah W. Hutman,*
*Chapter 7 Trustee for the Bankruptcy*
*Estate of Sybil Elaine Baker*

**SEEN AND AGREED:**

  /s/ *W. Joel Charboneau* (with permission)
W. Joel Charboneau (VSB No. 68025)
OFFICE OF THE UNITED STATES TRUSTEE
210 First Street, Suite 505
Roanoke, Virginia 24011
Phone:    540.798.8323
Facsimile:    540.857.2844
Email:    Joel.Charboneau@usdoj.gov

*Office of the United States Trustee*