**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-60158-RBC |
| DOBSON HOMES, INC., | ) Chapter 7 |
| Debtor.[1] | ) |

**NOTICE OF PARTIAL WITHDRAWAL OF
PLEADING BY THE TRUSTEE**

**PLEASE TAKE NOTICE** that Hannah W. Hutman, Chapter 7 Trustee (the "**Trustee**"), by counsel, hereby withdraws without prejudice *only* the request for compensation of Hirschler Fleischer, P.C., contained in the *Trustee's Motion for (I) Authority to Sell Equipment at a Private Sale Free and Clear of all Liens, Claims, Rights, and Interests Pursuant to 11 U.S.C. § 363 and Bankruptcy Rule 6004; (II) Authority Related to Closing. (III) Final Allowance and Authorization of Payment of Compensation to Trustee's Counsel; and (IV) Related Relief* [Docket No. 78] (the "**Sale Motion**") in the above-referenced case.

Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: 804.771.9515
Facsimile:  804.644.0957
E-mail:   rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com
          kbender@hirschlerlaw.com

*Counsel for Chapter 7 Trustee*

Objections to the Sale Motion were due on May 30, 2024. With no objections having been filed or received, an order granting the remaining relief requested in the Sale Motion was submitted to the Court for entry.

DATED: May 31, 2024              Respectfully submitted,

*/s/ Brittany B. Falabella*
Brittany B. Falabella (VSB No. 80131)
Kollin G. Bender (VSB No. 98912)
HIRSCHLER FLEISCHER, PC
2100 East Cary Street
Richmond, Virginia 23218-0500
Telephone: 804.771.9515
Facsimile: 804.644.0957
E-mail: bfalabella@hirschlerlaw.com
kbender@hirschlerlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 31, 2024, a true copy of the foregoing *Notice of Partial Withdrawal,* was filed using the Court's CM/ECF system, which sent a notice of filing to all registered users, including the Office of the US Trustee.

*/s/ Brittany B. Falabella*
Brittany B. Falabella